
FILED
APR 1 7 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-1338

| | |
|---|---|
| IN RE: Search Warrant for<br>HANNAH STOP'N'SHOP<br>219 S. Wilmington Street<br>Raleigh, North Carolina 27601 | ORDER TO SEAL SEARCH<br>WARRANT AND AFFILIATED<br>DOCUMENTS |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the search warrant, search warrant application, affidavit and this order in the above-captioned matter be sealed.

The undersigned Assistant United States Attorney further requests that the Court direct the Clerk of Court to provide the Government, and the agent, with a copy of the affidavit of Kevin Wright, submitted in support of the application for a search warrant, the search warrant, the Motion to Seal, the Order to Seal and the return of service.

SO ORDERED.

This the 17 day of April, 2014.

_____
JAMES E. GATES
United States Magistrate Judge